## Ex parte HARVEY TOMPSON.

No. A.-4740. Opinion Filed July 11, 1923.

(217 Pac. 1119.)

Habeas corpus by Harvey Tompson for release from custody. Dismissed on motion of petitioner.

R. C. Roland, for petitioner.

PER CURIAM. Petition for writ of habeas corpus by Harvey Tompson, filed June 28, 1923, alleging illegal restraint by E. C. London, sheriff of Carter county. Motion by petitioner to dismiss said cause allowed, and petition dismissed.